**Order entered July 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00102-CV

**IN RE J. KYLE BASS, , HAYMAN CAPITAL MANAGEMENT, L.P., HAYMAN OFFSHORE MANAGEMENT, INC., HAYMAN CAPITAL MASTER FUND, L.P., HAYMAN CAPITAL OFFSHORE PARTNERS, L.P., AND HAYMAN INVESTMENTS, LLC, Relators**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

**ORDER**

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Sally Montgomery, to vacate to vacate the December 3, 2020 Order on Crime–Fraud Motion and the February 5, 2021 Order Granting Plaintiffs' Motion to Obtain Documents Improperly Designated as Privileged Pursuant to the Crime–Fraud Exception. We further **ORDER** the trial judge to file with this Court, **within fifteen (15) days of the date of this order**, a certified copy of her order issued in

compliance with this order. Should the trial judge fail to comply with the order, the writ will issue.

We lift the stay issued by this Court on February 12, 2021.


/s/    DAVID J. SCHENCK
       JUSTICE